

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 3 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 12th day of January, 2015, the cause on appeal to affirm between

SENRICK SHERN WILKERSON, Appellant

No. 05-14-00007-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F10-01183-J.
Opinion delivered by Justice Francis, Justices Evans and Stoddart participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date,  the trial court's order denying motion for post-conviction DNA testing is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 24th day of March, 2015.



_____
LISA MATZ, Clerk